No. 77–189.  WATSON v. UNITED STATES; and
No. 77–219.  PLUMLEE v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE
STEWART would grant certiorari.  Reported below: 554 F. 2d
474.

No. 77–420.  UNITED STATES INDEPENDENT TELEPHONE
ASSN. v. MCI TELECOMMUNICATIONS CORP. ET AL.;
No. 77–421.  AMERICAN TELEPHONE & TELEGRAPH Co. v.
MCI TELECOMMUNICATIONS CORP. ET AL.; and
No. 77–436.  FEDERAL COMMUNICATIONS COMMISSION v.
MCI TELECOMMUNICATIONS CORP. ET AL.  C. A. D. C. Cir.
Motions of National Association of Regulatory Utility Com-
missioners, Tennessee Public Service Commission, and Pub-
lic Service Commission of the District of Columbia et al. for
leave to file briefs in No. 77–436 as *amici curiae* granted.
Motion of the State of Michigan et al. for leave to file a brief
as *amici curiae* in all three cases granted.  Certiorari denied.
MR. JUSTICE STEWART and MR. JUSTICE POWELL would grant
certiorari in these cases.  Reported below: 182 U. S. App.
D. C. 367, 561 F. 2d 365.

No. 77–512.  MORFORD, ACTING WARDEN v. ELLIOTT.  C. A.
6th Cir.  Motion of respondent for leave to proceed *in forma
pauperis* granted.  Certiorari denied.

No. 77–694.  INTERNATIONAL BUSINESS MACHINES CORP. v.
GREYHOUND COMPUTER CORP., INC.  C. A. 9th Cir.  Certio-
rari denied.  MR. JUSTICE BLACKMUN took no part in the con-
sideration or decision of this petition.

No. 77–707.  BARTHULI v. BOARD OF TRUSTEES OF JEFFER-
SON ELEMENTARY SCHOOL DISTRICT.  Sup. Ct. Cal.  Certio-
rari denied.  MR. JUSTICE STEWART would grant certiorari.